ORIGINAL FILED
2013 MAR -1 P 1:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MICHAEL C. SULLIVAN (SBN 131817)
   Email: msullivan@paulplevin.com
2  MARTINA M. NAGLE (SBN 160983)
   Email: tnagle@paulplevin.com
3  PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP
   401 B Street, Tenth Floor
4  San Diego, California 92101-4232
   Telephone: 619-237-5200
5  Facsimile: 619-615-0700

6  Attorneys for Defendants
   FRONTIER AIRLINES, INC., REPUBLIC AIRWAYS
7  HOLDINGS, INC. AND ROGER SORENSEN

8

9                  UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11 | KHAN MICHAEL ORDONEZ,              | CASE NO. 13 0940 MEJ
12 |        Plaintiff,                   | CERTIFICATION OF INTERESTED
   |                                     | ENTITIES OR PERSONS
13 |     v.                              | (Civil Local Rule 16-3)
14 | FRONTIER AIRLINES, REPUBLIC         |
   | AIRWAYS HOLDINGS, ROGER             | San Mateo Superior Court
15 | SORENSON,                           | Case No. CIV519071
   |                                     | Complaint Filed:   January 11, 2013
16 |        Defendants.                  |

17     TO THE COURT AND ALL PARTIES OF RECORD:

18     Pursuant to Civil Local Rule 16-3, defendants Frontier Airlines, Inc., Republic

19 Airways Holdings, Inc. and Roger Sorensen provide notice that: defendant Frontier

20 Airlines, Inc. is a wholly-owned subsidiary of defendant Republic Airways Holdings, Inc.

21 Pursuant to Civil Local Rule 16-3, the undersigned certifies that as of this date, other than

22 the named parties, there is no interest to report.

23

24 Dated: February 28, 2013           PAUL, PLEVIN, SULLIVAN &
                                      CONNAUGHTON LLP
25                                    By: _____
                                          MARTINA M. NAGLE
26                                        Attorneys for Defendants
                                          FRONTIER AIRLINES, INC., REPUBLIC
27                                        AIRWAYS HOLDINGS, INC. AND
                                          ROGER SORENSEN
28

PAUL, PLEVIN,   CERTIFICATION OF INTERESTED          1
SULLIVAN &      ENTITIES OR PERSONS
CONNAUGHTON

*Ordonez v. Frontier Airlines*
USDC – Northern District Case No.

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 101 West Broadway, Ninth Floor, San Diego, California 92101-8285.

On March 1, 2013, I caused to be served the following document(s):

- **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL LOCAL RULE 16-3)**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

Kenneth C. Absalom
Law Office of Kenneth C. Absalom
275 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729
kenabsalom@333law.com

☒ (By **MAIL SERVICE**) I then sealed each envelope and, with postage thereon fully prepaid postage, I placed each for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☒ (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed March 1, 2013, at San Diego, California.

_____
Julie M.W. Szotek

PAUL PLEVIN
SULLIVAN &
CONNAUGHTON LLP

PROOF OF SERVICE         1