UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KHAN MICHAEL ORDONEZ

         Plaintiff(s),

    v.

FRONTIER AIRLINES, REPLUBLIC AIRWAYS HOLDINGS, ROGER SORENSEN

         Defendant(s).

No. C 13-00940 MEJ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 6, 2013

_____
Signature

Counsel for Defendants, Frontier Airlines, Inc., Republic Airways Holdings, Inc., and Roger Sorensen
(Plaintiff, Defendant or indicate "pro se")