MICHAEL C. SULLIVAN (SBN 131817)
MARTINA M. NAGLE (SBN 160983)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants
Frontier Airlines, Inc., Republic Airways Holdings, Inc.,
Roger Sorenson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAN MICHAEL ORDONEZ,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, REPUBLIC AIRWAYS HOLDINGS, ROGER SORENSON,<br><br>Defendants. | CASE NO. C 13-00940 MEJ<br><br>**PROOF OF SERVICE**<br><br>Mag. Judge:    Hon. Maria-Elena James<br>Removal Filed: March 1, 2013<br>Trial Date:     Not Set |

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

PROOF OF SERVICE                       1

*Ordonez v. Frontier Airlines*
USDC – Northern District Case No. C 13-00940 MEJ

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 101 West Broadway, Ninth Floor, San Diego, California 92101-8285.

On March 6, 2013, I caused to be served the following document(s):

- **DEFENDANTS FRONTIER AIRLINES, INC., REPUBLIC AIRWAYS HOLDINGS, INC. AND ROGER SORENSEN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF KHAN MICHAEL ORDONEZ'S COMPLAINT AGAINST ROGER SORENSEN AS A SHAM JOINDER**
- **DEFENDANTS FRONTIER AIRLINES, INC., REPUBLIC AIRWAYS HOLDINGS, INC., AND ROGER SORENSEN'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF KHAN MICHAEL ORDONEZ'S COMPLAINT AGAINST ROGER SORENSEN AS A SHAM JOINDER**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

Kenneth C. Absalom
Law Office of Kenneth C. Absalom
275 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729
kenabsalom@333law.com

☑ (By **E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑ (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed March 6, 2013, at San Diego, California.

_____
Julie M.W. Szotek

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

PROOF OF SERVICE                    2