UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KHAN MICHAEL ORDONEZ,<br><br>    Plaintiff(s),<br> v.<br><br>FRONTIER AIRLINES,<br><br>    Defendant(s).<br>_____/ | No. C 13-00940 MEJ<br><br>**NOTICE DIRECTING PLAINTIFF TO FILE CONSENT OR DECLINATION** |

  Pending before the Court is a Motion to Dismiss. Upon review of the record in this action, the Court notes that a written consent to magistrate judge jurisdiction has not been filed by Plaintiff. This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

  You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the Court whether Plaintiff consent(s) to magistrate judge jurisdiction or requests reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, choose "Forms" and then "Civil Forms." The consent/declination form shall be filed by **March 22, 2013**.

  <u>There is no need to submit a chambers copy of the document.</u>

Dated: March 15, 2013

                  _/s/ Rose Maher_____
                  Rose Maher, Courtroom Deputy to
                  Maria-Elena James,
                  United States Magistrate Judge