1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11   KHAN MICHAEL ORDONEZ

No. C  13-00940 MEJ

12
                    Plaintiff(s),
13
                                                **DECLINATION TO PROCEED BEFORE**
          v.                                    **A MAGISTRATE JUDGE**
14   FRONTIER AIRLINES, REPUBLIC                 **AND**
     AIRWAYS HOLDINGS, ROBERT                    **REQUEST FOR REASSIGNMENT TO A**
15   SORENSON an individual and DOES 1-20        **UNITED STATES DISTRICT JUDGE**
                    Defendant(s).
16   _____/

17

18      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

        The undersigned party hereby declines to consent to the assignment of this case to a United
19
     States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
     a United States District Judge.
21

22   Dated: _3/18/2013_____        Signature_____

23
                                            Counsel for  Plaintiff,Khan Michael Ordonez
24                                          (Plaintiff, Defendant, or indicate "pro se")

25
26
27
28