# UNITED STATES  DISTRICT COURT

## Northern District of California

KHAN MICHAEL ORDONEZ,

No. C-13-00940 MEJ

                    Plaintiff(s),

            v.

**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

FRONTIER AIRLINES,

                    Defendant(s).

_____/

        The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

 (1)  One or more of the parties has requested reassignment to a United States District Judge;

 (2)  One or more of the parties has sought  a kind of judicial action that a Magistrate Judge may not take without the consent of  all parties, the necessary consents have not been secured, and time is of the essence; or

 (3)  One or more of the parties has failed to respond to an order to file a consent to proceed before a Magistrate Judge.

        All previous hearing dates are hereby **VACATED.**

Dated: March 19, 2013

                              Richard W. Wieking, Clerk
                              United States District Court

                              *Rose Maher*
                              _____
                              By: Rose Maher, Deputy Clerk