MICHAEL C. SULLIVAN (SBN 131817)
Email: msullivan@paulplevin.com
MARTINA M. NAGLE (SBN 160983)
Email: tnagle @paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants
FRONTIER AIRLINES, INC., REPUBLIC AIRWAYS
HOLDINGS, INC. AND ROGER SORENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KHAN MICHAEL ORDONEZ,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, REPUBLIC AIRWAYS HOLDINGS, ROGER SORENSON,<br><br>Defendants. | CASE NO. C 13-00940 TEH<br><br>**DEFENDANTS FRONTIER AIRLINES, INC., REPUBLIC AIRWAYS HOLDINGS, INC. AND ROGER SORENSEN'S RE-NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF KHAN MICHAEL ORDONEZ'S COMPLAINT AGAINST ROGER SORENSEN AS A SHAM JOINDER**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>Date:         April 15, 2013<br>Time:        10:00 a.m.<br>Courtroom: 12<br>Judge:       Hon. Thelton E. Henderson<br>Removal Filed: March 1, 2013<br>Trial Date:  Not set |

**TO PLAINITFF AND TO HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 15, 2013, 10:00 a.m., or as soon thereafter as the matter may be heard, in courtroom of the Honorable Thelton E. Henderson, United States District Judge, Courtroom 12, located at 450 Golden Gate Avenue, San Francisco, California.  Defendants Frontier Airlines, Inc. ("Frontier"), Republic Airways Holdings, Inc. ("Republic") and Roger Sorensen ("Sorensen") (collectively "Defendants") will move this Court to dismiss the action against Sorensen in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure,

1  on the grounds that Plaintiff Khan Michael Ordonez ("Plaintiff") has failed to state a claim for
2  which relief can be granted.  Specifically:
3      Plaintiff's first and sixth claims for relief against individual defendant Sorensen for
4  retaliation and harassment under the California Family Rights Act (CFRA) fail as a matter of law
5  because these claims cannot be brought against an individual who is not Plaintiff's employer.
6  Plaintiff's joinder of Sorensen as a named defendant in the Complaint is a sham joinder.

Dated: March 20, 2013

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: /s/ *Martina M. Nagle*
    MICHAEL C. SULLIVAN
    MARTINA M. NAGLE
    Attorneys for Defendants
    FRONTIER AIRLINES, INC., REPUBLIC AIRWAYS HOLDINGS, INC. AND ROGER SORENSEN

*Ordonez v. Frontier Airlines*
USDC – Northern District Case No. C 13-00940 MEJ

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 101 West Broadway, Ninth Floor, San Diego, California 92101-8285.

On March 20, 2013, I caused to be served the following document(s):

- **DEFENDANTS FRONTIER AIRLINES, INC., REPUBLIC AIRWAYS HOLDINGS, INC. AND ROGER SORENSEN'S RE-NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF KHAN MICHAEL ORDONEZ'S COMPLAINT AGAINST ROGER SORENSEN AS A SHAM JOINDER**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

Kenneth C. Absalom
Law Office of Kenneth C. Absalom
275 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729
kenabsalom@333law.com

☑   (By **E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑   (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed March 20, 2013, at San Diego, California.

_____
Julie M.W. Szotek

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

PROOF OF SERVICE                    1