1  KENNETH C. ABSALOM (SBN 114607)
   kenabsalom@333law.com
2  JAMES J. ACHERMANN (SBN 262514)
   james.achermann@333law.com
3  LAW OFFICE OF KENNETH C. ABSALOM
   275 Battery Street, Suite 200
4  San Francisco, Ca. 94111
   Tel:  415-392-5040
5  Fax: 415-392-3729

6  Attorneys For Plaintiff
   KHAN MICHAEL ORDONEZ
7

8

9                    UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13  KHAN MICHAEL ORDONEZ,              )  Case No.:  CV 13-00940 TEH
                                       )
14            Plaintiff                )  PLAINTIFF'S REQUEST FOR JUDICIAL
                                       )  NOTICE IN SUPPORT OF OPPOSITION TO
15       vs.                           )  MOTION TO DISMISS DEFENDANT
                                       )  ROGER SORENSON
16  FRONTIER AIRLINES, REPUBLIC        )
17  AIRWAYS HOLDINGS, ROBERT           )  [Fed. R. Evid. 201]
    SORENSON an individual and DOES 1-20. , )
18                                     )
                                       )  Date:        April 15, 2013
19            Defendant                )  Time:        10:00 a.m.
                                       )  Courtroom:   B
20                                     )  Judge:       Hon. Thelton E. Henderson
                                       )
21                                     )  Removal Filed:  March 1, 2013
                                       )  Trial Date:     TBD
22  _____)

23              REQUEST FOR JUDICIAL NOTICE

24       Plaintiff, Khan Michael Ordonez ("Plaintiff") hereby requests that the Court take judicial

25  notice of the following documents attached as Exhibits A through C. This request is made

26  pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below. This

27  request is made in connection with Plaintiff's Opposition to Defendants' Motion to dismiss the

28

Complaint filed by Defendants Frontier Airlines Inc., Republic Airways Holdings Inc., and Roger Sorenson (Dkt. 6) as well as Plaintiffs Motion to Remand filed on March 20, 2013.

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | August 12, 2011 Two Signed DFEH Complaints Naming Defendant Frontier Airlines (DFEH # E201112M0431-00-pv )and Roger Sorenson  (DFEH # E201112M0431-01-pv) |
| B. | April 20, 2011 One Amended DFEH Complaint Naming Defendant Frontier Airlines and Defendant Republic Airways Holdings Inc. (DFEH # E201112M0431-00-pv ) |
| C. | Two Right to Sue Letters Dated July 19, 2012 Re: DFEH # E201112M0431-00-pv and DFEH # E201112M0431-01-pv |

BASIS FOR REQUESTING JUDICIAL NOTICE

"Generally, a court may not consider material beyond the complaint in ruling on a  Fed. R. Civ. P.  12(b)(6)  motion. However, a court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment, as long as the facts noticed are not subject to reasonable dispute." *Intri-Plex Techs., Inc. v. Crest Group*, Inc., 499 F.3d 1048, 1052 (9th Cir. 2007) (internal quotation marks and citations omitted).

Further, Courts may take judicial notice of the records of a state agency that are not subject to reasonable dispute. *Livingston v. Kemper Sports Mgmt.*, 2012 U.S. Dist. LEXIS 154277, 6-7 (E.D. Cal. Oct. 26, 2012) citing *City of Sausalito v. O'Neill*, 386 F.3d 1186, 1223, n.2 (9th Cir. 2004) (The Court "may take judicial notice of a record of a state agency not subject to reasonable dispute."); see also *Davenport v. Bd. of Tr. of State Ctr. Cmty. Coll. Dist.*, 654 F. Supp. 2d 1073, 1088 (E.D. Cal. 2009)  (taking judicial notice of DFEH-related documents on grounds that they are official records of a state administrative agency).

Exhibits A-C present Complaints and Correspondence between the California Department of Fair Employment and Housing and the Plaintiff in the above captioned matter.

1  Further Plaintiff's Complaint specifically references Exhibits A-C in paragraphs 6-9 as those

2  administrative documents upon which his causes of action are based. (Complaint ¶¶ 6-9).[1]

3  Defendant has asserted in their motion to dismiss that Plaintiff Sixth Cause of Action for

4  Retaliation was brought pursuant to the CFRA, however Exhibits A-C make it clear the plaintiffs

5  Cause of Action for Harassment is rooted in the FEHA.

6       For the Following reasons this Court may properly consider Exhibits A-C in ruling on

7  Defendants Motion to Dismiss and Motion to Remand.

8

9

10  Dated:   March 20, 2013                    LAW OFFICE OF KENNETH C. ABSALOM

11                                      By:   /s/ James J. Achermann
                                              Kenneth C. Absalom
12                                            James J. Achermann
                                              Attorneys for Plaintiff
13                                            KHAN MICHAEL ORDONEZ

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1]  Plaintiff's Complaint has been attached as Exhibit A to Defendants Notice of Removal lodged with this Court at Docket #1. Plaintiff has in the interest of conservation not attached it to this Opposition.

PLAINTIFF'S REQUEST FOR JUDICIAL            3            Case No.: C 13-00940 TEH
NOTICE IN SUPPORT OF OPPOSITION TO
MOTION TO DISMISS DEFENDANT
ROGER SORENSON