# EXHIBIT A

# EMPLOYMENT

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # E201112M0431-01-pv |
|---|---|

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974.

**CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING**

COMPLAINANT'S NAME (indicate Mr. or Ms.)
Ordonez, Khan Michael (Mr.)

ADDRESS: 2000 Trousdale Drive #305
TELEPHONE NUMBER (INCLUDE AREA CODE): 415-601-1778

CITY/STATE/ZIP: Burlingame, CA 94010
COUNTY: San Mateo
COUNTY CODE: 081

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME: Sorensen, Roger, As An Individual

ADDRESS: Terminal One, San Francisco Int'l Airport
TELEPHONE NUMBER (INCLUDE AREA CODE): 650-872-5040

CITY: San Francisco
STATE: CA
ZIP: 94128
COUNTY: San Mateo
COUNTY CODE: 081

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX[ES])
☐ RACE   ☐ SEX   ☒ DISABILITY   ☐ RELIGION   ☐ NATIONAL ORIGIN/ANCESTRY   ☒ DENIAL OF FAMILY/MEDICAL LEAVE   ☐ SEXUAL ORIENTATION
☐ COLOR   ☐ AGE   ☐ MARITAL STATUS   ☐ MEDICAL CONDITION (cancer or genetic characteristics)   ☐ OTHER (SPECIFY)

NO. OF EMPLOYEES/MEMBERS: 100+
DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year): September 9, 2010
RESPONDENT CODE: 45

THE PARTICULARS ARE:

I. From on or about July 2010 through September 2010, I was subjected to harassment and denied reasonable accommodation by management. On September 9, 2010, I was terminated from my position. At the time of the discrimination, I was earning $12.70 an hour.

II. On September 9, 2010, I received a letter from Roger Sorensen (Manager) terminating me for failure to timely file my CFRA leave documentation.

III. I believe that I was subjected to harassment and terminated because of my disability (Whooping Cough). I was also denied California Family Rights Act (CFRA) leave, which is a violation of California Government Code section 12945.2, based on the following reasons:

   A. On or about July 27, 2010, I went on leave for a serious health condition. Shortly thereafter, I was terminated after timely submitting the appropriate documentation.

   B. I was subjected to harassing treatment by Roger Sorensen (Manager) due to my disability. The treatment was verbal in nature.

   C. At the time that this occurred I had worked for my employer for more than twelve (12) months, worked at least 1,250 hours in the 12-month period prior to my leave, and worked at a location that has at least 50 employees within 75 miles.

| | |
|---|---|
| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # E201112M0431-01-pv<br>EEOC # N/A |

COMPLAINANT'S NAME(S) (indicate Mr. or Ms.)
Ordonez, Khan Michael (Mr.)

RESPONDENT'S NAME
Sorensen, Roger, As An Individual

THE PARTICULARS ARE:

D. My employer failed to engage in the interactive process and denied an accommodation of time off. I could perform the essential functions of my job with an accommodation.

Page 2 of 2

Typed and mailed for signature on August 8, 2011.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated AUG 10, 2011

At PALO ALTO
       City

_Khan Ordonez_
COMPLAINANT'S SIGNATURE

DFEH-300-01 (12/99)    S:AE:eo
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

DATE FILED: August 12, 2011
STATE OF CALIFORNIA

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # E201112M0431-00-pv |
|---|---|

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974.

**CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING**

COMPLAINANT'S NAME (indicate Mr. or Ms.)
Ordonez, Khan Michael (Mr.)

| ADDRESS | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| 2000 Trousdale Drive #305 | 415-601-1778 |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| Burlingame, CA 94010 | San Mateo | 081 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
Frontier Airlines, Inc.

| ADDRESS | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| Terminal One, San Francisco Int'l Airport | 650-872-5040 |

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|---|---|---|---|---|
| San Francisco | CA | 94128 | San Mateo | 081 |

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX[ES])
☐ RACE  ☐ SEX  ☒ DISABILITY  ☐ RELIGION  ☐ NATIONAL ORIGIN/ANCESTRY  ☒ DENIAL OF FAMILY/MEDICAL LEAVE  ☐ SEXUAL ORIENTATION
☐ COLOR  ☐ AGE  ☐ MARITAL STATUS  ☐ MEDICAL CONDITION (cancer or genetic characteristics)  ☐ OTHER (SPECIFY)

| NO. OF EMPLOYEES/MEMBERS | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) September 9, 2010 | RESPONDENT CODE |
|---|---|---|
| 100+ | | 45 |

THE PARTICULARS ARE:

I. From on or about July 2010 through September 2010, I was subjected to harassment and denied reasonable accommodation by management. On September 9, 2010, I was terminated from my position. At the time of the discrimination, I was earning $12.70 an hour.

II. On September 9, 2010, I received a letter from Roger Sorensen (Manager) terminating me for failure to timely file my CFRA leave documentation.

III. I believe that I was subjected to harassment and terminated because of my disability (Whooping Cough). I was also denied California Family Rights Act (CFRA) leave, which is a violation of California Government Code section 12945.2, based on the following reasons:

   A. On or about July 27, 2010, I went on leave for a serious health condition. Shortly thereafter, I was terminated after timely submitting the appropriate documentation.

   B. I was subjected to harassing treatment by Roger Sorensen (Manager) due to my disability. The treatment was verbal in nature.

   C. At the time that this occurred I had worked for my employer for more than twelve (12) months, worked at least 1,250 hours in the 12-month period prior to my leave, and worked at a location that has at least 50 employees within 75 miles.

\*\*\*EMPLOYMENT\*\*\*

| | | |
|---|---|---|
| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M0431-00-pv |
| | EEOC # | N/A |

COMPLAINANT'S NAME(S) (indicate Mr. or Ms.)
Ordonez, Khan Michael (Mr.)

RESPONDENT'S NAME
Frontier Airlines, Inc.

THE PARTICULARS ARE:

D. My employer failed to engage in the interactive process and denied an accommodation of time off. I could perform the essential functions of my job with an accommodation.

Page 2 of 2

Typed and mailed for signature on August 8, 2011.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated AUG 10, 2011

At PALO ALTO
City

*Khan Ordonez*
COMPLAINANT'S SIGNATURE

DFEH-300-01 (12/99)   S:AE:eo
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

DATE FILED: August 12, 2011
STATE OF CALIFORNIA