# EXHIBIT B

# EMPLOYMENT

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # E201112-M-0431-00-pv

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974.

**CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING**

| | |
|---|---|
| COMPLAINANT'S NAME (indicate Mr. or Ms.) | |
| Ordonez, Khan Michael (Mr.) | |
| ADDRESS | TELEPHONE NUMBER (INCLUDE AREA CODE) |
| 2000 Trousdale Drive #305 | 415-601-1778 |
| CITY/STATE/ZIP | COUNTY / COUNTY CODE |
| Burlingame, CA 94010 | San Mateo / 081 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| | |
|---|---|
| NAME | |
| Frontier Airlines, Inc./ Republic Airways Holdings, Inc. | |
| ADDRESS | TELEPHONE NUMBER (INCLUDE AREA CODE) |
| Terminal One, San Francisco Int'l Airport | 650-872-5040 |
| CITY / STATE / ZIP | COUNTY / COUNTY CODE |
| San Francisco, CA 94128 | San Mateo / 081 |

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX[ES]):
☐ RACE   ☐ SEX   ☒ DISABILITY   ☐ RELIGION   ☐ NATIONAL ORIGIN/ANCESTRY   ☒ DENIAL OF FAMILY/MEDICAL LEAVE   ☐ SEXUAL ORIENTATION
☐ COLOR   ☐ AGE   ☐ MARITAL STATUS   ☐ MEDICAL CONDITION (cancer or genetic characteristics)   ☐ OTHER (SPECIFY)

NO. OF EMPLOYEES/MEMBERS: 100+
DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year): September 9, 2010
RESPONDENT CODE: 43

THE PARTICULARS ARE:   **AMENDED**

I. From on or about July 2010 through September 2010, I was subjected to harassment and denied reasonable accommodation by management. On September 9, 2010, I was terminated from my position. At the time of the discrimination, I was earning $12.70 an hour.

II. On September 9, 2010, I received a letter from Roger Sorensen (Manager) terminating me for failure to timely file my CFRA leave documentation.

III. I believe that I was subjected to harassment and terminated because of my disabilities (Whooping Cough, Learning/Cognitive). I was also denied California Family Rights Act (CFRA) leave, which is a violation of California Government Code section 12945.2, based on the following reasons:

    A. On or about July 27, 2010, I went on leave for a serious health condition. Shortly thereafter, I was terminated after timely submitting the appropriate documentation.

    B. I was subjected to harassing treatment by Roger Sorensen (Manager) due to my disabilities. The treatment was verbal in nature.

    C. At the time that this occurred I had worked for my employer for more than twelve (12) months, worked at least 1,250 hours in the 12-month period prior to my leave, and worked at a location that has at least 50 employees within 75 miles.

\* \* \* EMPLOYMENT \* \* \*

| | |
|---|---|
| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH #   E201112-M-0431-00-pv |

COMPLAINANT'S NAME(S) (indicate Mr. or Ms.)
(MR.) ORDONEZ, KHAN MICHAEL

RESPONDENT'S NAME
Frontier Airlines, Inc./ Republic Airways Holdings, Inc.

THE PARTICULARS ARE:

D. I believe my employer failed to engage in a timely, good faith, interactive process with me to determine effective reasonable accommodations for my Disabilities, which is a violation of the Fair Employment and Housing Act (FEHA). I can perform the essential functions of the job with a reasonable accommodation.

2 OF 2

Amended and mailed for signature April 18, 2012.

☐ I also want this charge filed with the Federal Equal Employment Opportunity Commission (EEOC).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated APRIL 20, 2012

At Palo Alto, CA
   City

COMPLAINANT'S SIGNATURE

DFEH-300-01 (12/99)             S:AE:eo                DATE FILED: 8/12/2011

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING        STATE OF CALIFORNIA       APR 24 2012