# EXHIBIT C

STATE OF CALIFORNIA | State and Consumer Services Agency — GOVERNOR EDMUND G. BROWN JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING** — DIRECTOR PHYLLIS W. CHENG

(800) 884-1684 | Videophone for the DEAF (916) 226-5285
TTY: (800) 700-2320 | www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

July 19, 2012

KHAN MICHAEL ORDONEZ
2000 TROUSDALE DR, #305
BURLINGAME, CA 94010

RE: E201112M0431-00-pv
ORDONEZ/FRONTIER AIRLINES, INC./REPUBLIC AIRWAYS HDG, INC.

Dear KHAN MICHAEL ORDONEZ:

## NOTICE OF CASE CLOSURE

The consultant assigned to handle the above-referenced discrimination complaint that was filed with the Department of Fair Employment and Housing (DFEH) has recommended that the case be closed on the basis of: Complainant Elected Court Action.

Please be advised that this recommendation has been accepted and the case has been closed effective July 19, 2012.

This letter is also your Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. This is also applicable to DFEH complaints that are filed under, and allege a violation of Government Code section 12948 which incorporates Civil Code sections 51, 51.7, and 54. The civil action must be filed within one year from the date of this letter. However, if your civil complaint alleges a violation of Civil Code section 51, 51.7, or 54, you should consult an attorney about the applicable statutes of limitation. If a settlement agreement has been signed resolving the complaint, it is likely that your right to file a private lawsuit may have been waived.

HEADQUARTERS | BAKERSFIELD | FRESNO | LOS ANGELES | BAY AREA

2218 Kausen Drive
Suite 100
Elk Grove, CA 95758
(916) 478-7251

4800 Stockdale Highway
Suite 215
Bakersfield, CA 93309
(661) 395-2729

1277 E. Alluvial Avenue
Suite 101
Fresno, CA 93720
(559) 244-4760

1055 West 7th Street
Suite 1400
Los Angeles, CA 90017
(213) 439-6799

39141 Civic Center Drive
Suite 250
Fremont, CA 94538
(510) 789-1085

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
Regional Administrator
Oakland District

cc:   Case File

CSC-LAWYERS, INC., SERVICE
AGENT FOR SERVICE
FRONTIER AIRLINES, INC.
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO, CA  95833

DFEH-200-08 (06/06)
MMCCLAIBY

STATE OF CALIFORNIA | State and Consumer Services Agency | GOVERNOR EDMUND G. BROWN JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
(800) 884-1684 | Videophone for the DEAF (916) 226-5285
TTY: (800) 700-2320|www.dfeh.ca.gov |email: contact.center@dfeh.ca.gov

DIRECTOR PHYLLIS W. CHENG

July 19, 2012

KHAN MICHAEL ORDONEZ
2000 TROUSDALE DR, #305
BURLINGAME, CA 94010

RE: E201112M0431-01-pv
ORDONEZ/SORENSEN, ROGER, AS AN INDIVIDUAL

Dear KHAN MICHAEL ORDONEZ:

## NOTICE OF CASE CLOSURE

The consultant assigned to handle the above-referenced discrimination complaint that was filed with the Department of Fair Employment and Housing (DFEH) has recommended that the case be closed on the basis of: Complainant Elected Court Action.

Please be advised that this recommendation has been accepted and the case has been closed effective July 19, 2012.

This letter is also your Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. This is also applicable to DFEH complaints that are filed under, and allege a violation of Government Code section 12948 which incorporates Civil Code sections 51, 51.7, and 54. The civil action must be filed within one year from the date of this letter. However, if your civil complaint alleges a violation of Civil Code section 51, 51.7, or 54, you should consult an attorney about the applicable statutes of limitation. If a settlement agreement has been signed resolving the complaint, it is likely that your right to file a private lawsuit may have been waived.

| HEADQUARTERS | BAKERSFIELD | FRESNO | LOS ANGELES | BAY AREA |
|---|---|---|---|---|
| 2218 Kausen Drive Suite 100 Elk Grove, CA 95758 (916) 478-7251 | 4800 Stockdale Highway Suite 215 Bakersfield, CA 93309 (661) 395-2729 | 1277 E. Alluvial Avenue Suite 101 Fresno, CA 93720 (559) 244-4760 | 1055 West 7th Street Suite 1400 Los Angeles, CA 90017 (213) 439-6799 | 39141 Civic Center Drive Suite 250 Fremont, CA 94538 (510) 789-1085 |

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
Regional Administrator
Oakland District

cc:   Case File

CSC-LAWYERS INC. SERVICE
AGENT FOR SERVICE
FRONTIER AIRLINES, INC.
2730 GATEWAY OAKS DR #100
SACRAMENTO, CA  95833

DFEH-200-08 (06/06)
MMCCLAIBY