KENNETH C. ABSALOM (SBN 114607)
kenabsalom@333law.com
JAMES J. ACHERMANN (SBN 262514)
james.achermann@333law.com
LAW OFFICE OF KENNETH C. ABSALOM
275 Battery Street, Suite 200
San Francisco, Ca. 94111
Tel: 415-392-5040
Fax: 415-392-3729

Attorneys For Plaintiff
KHAN MICHAEL ORDONEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| KHAN MICHAEL ORDONEZ, | Case No.: C 13-00940 MEJ |
|---|---|
| Plaintiff | PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT |
| vs. | |
| FRONTIER AIRLINES, REPUBLIC AIRWAYS HOLDINGS, ROBERT SORENSON an individual and DOES 1-20., | Date: April 29, 2013<br>Time: 10:00 a.m.<br>Courtroom: B<br>Judge: Hon. Thelton E. Henderson |
| Defendant | Removal Filed: March 1, 2013<br>Trial Date: TBD |

### NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on April 29, 2013 at 10:00am in the courtroom of the Honorable Thelton E. Henderson, United States District Court Judge, located at 450 Golden Gate Avenue, San Francisco, California, or as soon thereafter as counsel may be heard, Plaintiff Khan Michael Ordonez, by and through counsel, will move and hereby do move, the Court pursuant to 28 U.S.C. § 1447(c) for remand of the above entitled action back to the Superior Court of California, in and for the County of San Mateo.

The grounds for this motion are summarized as follows:

1) The relevant Defendant to this motion – i.e., the Defendant whose presence destroys complete diversity – is individual Defendant, Roger Sorenson. The relevant cause of action which permits naming this non-diverse individual Defendant is Plaintiff's sixth claim for Harassment in violation of the *Fair Employment and Housing Act, California Government Code* §12940(j).

2) It is well settled by both California case law and statute that an individual can be held liable under the Fair Employment Act.

3) Because Defendant Sorenson, a California resident, can be held individually liable for Harassment under the Fair Employment and Housing Act, Defendants cannot show diversity and removal is improper and this matter must be remanded to the state court to decide these purely state law claims.

This motion is based on this Notice of Motion and Motion for Remand the Memorandum of Points and Authorities in Support of the Motion below, and all papers, records, and pleadings on file herein; and on such other oral and documentary evidence as may be presented at the hearing on the motion.

Dated:  March 20, 2013                LAW OFFICE OF KENNETH C. ABSALOM

                                      By:  /s/ Kenneth C. Absalom
                                           Kenneth C. Absalom
                                           James J. Achermann
                                           Attorneys for Plaintiff
                                           KHAN MICHAEL ORDONEZ