MICHAEL C. SULLIVAN (SBN 131817)
msullivan@paulplevin.com
MARTINA M. NAGLE (SBN 160983)
tnagle@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
101 West Broadway, Ninth Floor
San Diego, California  92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants
Frontier Airlines, Inc., Republic Airways Holdings, Inc.,
Roger Sorenson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAN MICHAEL ORDONEZ, | CASE NO. C 13-00940 TEH |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| FRONTIER AIRLINES, REPUBLIC AIRWAYS HOLDINGS, ROGER SORENSON, | Judge:           Hon. Thelton E. Henderson<br>Removal Filed:  March 1, 2013<br>Trial Date:      Not Set |
| Defendants. | |

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

C 13-00940 TEH

*Ordonez v. Frontier Airlines*
USDC – Northern District   Case No. C 13-00940 TEH

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 101 West Broadway, Ninth Floor, San Diego, California 92101-8285.

On March 26, 2013, I caused to be served the following document(s):

- **REPLY OF DEFENDANTS FRONTIER AIRLINES, INC., REPUBLIC AIRWAYS HOLDINGS, INC. AND ROGER SORENSEN'S IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF KHAN MICHAEL ORDONEZ'S COMPLAINT AGAINST ROGER SORENSEN AS A SHAM JOINDER**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

Kenneth C. Absalom
Law Office of Kenneth C. Absalom
275 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729
kenabsalom@333law.com

☑ (By **E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑ (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed March 26, 2013, at San Diego, California.

*/s/ Mary F. Duarte*
Mary F. Duarte

PROOF OF SERVICE                                   1