MICHAEL C. SULLIVAN (SBN 131817)
msullivan@paulplevin.com
MARTINA M. NAGLE (SBN 160983)
tnagle@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants
Frontier Airlines, Inc., Republic Airways Holdings, Inc.,
Roger Sorensen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KHAN MICHAEL ORDONEZ, | CASE NO. C 13-00940 TEH |
| Plaintiff, | **DECLARATION OF ROGER SORENSEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF KHAN MICHAEL ORDONEZ'S MOTION TO REMAND TO STATE COURT** |
| v. | |
| FRONTIER AIRLINES, REPUBLIC AIRWAYS HOLDINGS, ROGER SORENSEN, | |
| Defendants. | Date:           April 29, 2013<br>Time:          10:00 a.m.<br>Ctrm:          2<br>Judge:         Hon. Thelton E. Henderson<br>Removal Filed: March 1, 2013<br>Trial Date:    Not Set |

I, Roger Sorensen, declare as follows:

1. I have been employed with Defendant Frontier Airlines, Inc. ("Frontier") as a City Manager since 1996, and am named as a defendant in the within action. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would testify competently with respect to these matters.

2. I have been employed as the City Manager for Frontier's San Francisco International Airport location ("SFO") from 2001 to present. As the City Manager, I managed all aspects of the local operation at SFO airport and oversaw customer service, ramp service, and

cargo service operations during plaintiff Khan Michael Ordonez's ("Mr. Ordonez") employment with Frontier, from May 12, 2006 to September 3, 2010. I was never Mr. Ordonez's direct supervisor. His direct supervisor from July 2010 through the end of his employment on September 3, 2010, was Roberto Moreno. During this time, I was Mr. Moreno's supervisor.

3. I had no contact with Mr. Ordonez -- over the phone, in person, or otherwise – while Mr. Ordonez was absent from work in July through September 2010, other than sending Mr. Ordonez a termination letter on September 3, 2010, and calling him that day to see if he could meet so that I could advise him that his employment was terminated. He advised me in the call that he was in Las Vegas and could not meet, so I placed his termination letter and final check in the mail that day. I did not harass, reprimand, contact or talk to Mr. Ordonez about any illness or disability he may have had at any time.

4. I learned that Mr. Ordonez was ill from Mr. Ordonez's father when he delivered doctor's notes for Mr. Ordonez to the Frontier ticket counter in July and August 2010.

5. I never went to any medical facility (or any other place) to investigate, or inquire about, Mr. Ordonez or his illness, nor did I instruct anyone to do so.

6. I was never advised by anyone that Mr. Ordonez had any learning disability during his employment with Frontier.

7. Attached as Exhibit 1 hereto is a true and correct copy of the September 3, 2010 letter I sent to Mr. Ordonez terminating his employment for his unexcused absences from July through August 2010, as well as his failure to communicate with Frontier during this time, as set forth in my letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of April, 2013, in San Mateo, California.

Roger Sorensen

**EXHIBIT 1**

# FRONTIER

Frontier Airlines, Inc.
Terminal One
SFIA
San Francisco,
Ca.94128

P 650-872-5040
F 650-872-2862

frontierairlines.com

September 3, 2010,

Khan Ordonez
2000 Trousdale Drive, Apt # 305.
Burlingame, Ca. 94010

Dear Kahn,

On July 1st, you called in sick. You did report to work on July 2nd, however after 3.25 hours, you went home sick. You were off sick until July 25th, when you returned and worked 8 hours, you worked another 8 hours on July 26th, and 3 hours on July 27th, before once again going home sick. You have not returned to work since that date. We have received a total of six Doctors notes with a rolling return date on each one. We also received a Doctor's report that you were not contagious to your fellow employees.

You requested and were sent FMLA Forms from Human Resources on 8/6/10 with instructions to return no later than 8/26/10. You failed to return the forms and your FMLA request was denied. You have never contacted me to request a Medical or Personal leave for the amount of time you have been absent.

It is your responsibility as an employee to be aware of the standards set forth in the Policy Guidelines for Customer Services Division Employees. After considering all these factors, it has been determined that we can no longer continue your employment with Frontier Airlines.

Enclosed is your final check which includes your vacation time accrued.

Sincerely,


Roger Sorensen
City Manager---SFO
Frontier Airlines, Inc

cc:   Personnel File

*A whole different animal.*

FA 000014

*Ordonez v. Frontier Airlines*
USDC – Northern District Case No. C 13-00940 MEJ

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 101 West Broadway, Ninth Floor, San Diego, California 92101-8285.

On April 2, 2013, I caused to be served the following document(s):

- **DECLARATION OF ROGER SORENSEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFKHAN MICHAEL ORDONEZ'S MOTION TO REMAND TO STATE COURT**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

Kenneth C. Absalom
Law Office of Kenneth C. Absalom
275 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: (415) 392-5040
Facsimile:  (415) 392-3729
kenabsalom@333law.com

☑ (By **E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑ (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed April 2, 2013, at San Diego, California.

*/s/ Julie M.W. Szotek*
Julie M.W. Szotek