IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KHAN MICHAEL ORDONEZ,

              Plaintiff,

v.

FRONTIER AIRLINES, et al.,

              Defendants.

NO. C13-0940 TEH

<u>ORDER VACATING APRIL 15 HEARING</u>

    Defendants have filed a motion to dismiss in this case, scheduled for hearing on April 15, 2013, and Plaintiff has filed a motion to remand, scheduled for hearing on April 29, 2013. Both motions test Plaintiff's allegations against the single non-diverse defendant in the case. To promote judicial economy and ensure that this Court has jurisdiction before proceeding, the Court will rule on the motion to remand before considering the motion to dismiss. Accordingly, the April 15, 2013 hearing on Defendants' motion to dismiss is hereby VACATED. If the case remains in this Court following consideration of the motion to remand, the Court will schedule a hearing on the motion to dismiss at that time.

**IT IS SO ORDERED.**

Dated: 4/8/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT