UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**:  April 29, 2013

**Case No:** C 13-00940 TEH

**Case Title**:  KHAN MICHAEL ORDONEZ v. FRONTIER AIRLINES

**Appearances:**

    For Plaintiff(s): Kenneth Absalom

    For Defendant(s): Martina Nagle

**Deputy Clerk**:  Tana Ingle          **Court Reporter**: Kathy Sullivan
**Time in Court:** 5 minutes

### *PROCEEDINGS*

1.  Motion to Remand - held

MOTION/MATTER: ( ) Granted
                  ( ) Denied
                  ( ) Granted in part/Denied in part
                  (X) Taken under submission
                  ( ) Withdrawn/Off Calendar
                  () Continued to:

Order to be prepared by:      ( ) Plaintiff   ( ) Defendant   (X) Court