**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                   General Court Number
Clerk                                                                      415.522.2000

May 1, 2013

Superior Court of California
 County of San Mateo
Office of the Clerk
400 County Center
Redwood City, CA 94063


RE:  **KHAN MICHAEL ORDONEZ -v- FRONTIER AIRLINES, et al.,**
        **Case No. C-13-0940-TEH**
        **Your Case Number: (CIV519071)**

Dear Clerk,

        Pursuant to an ***order remanding*** the above captioned case to your court, transmitted

herewith are:

                (X)     Certified copies of docket entries

                (X)     Certified copies of Remand Order

                (  )     Other

        Please acknowledge receipt of the above documents on the attached copy of this letter.

                                Sincerely,

                                RICHARD W. WIEKING, Clerk


                                by:  Thelma Nudo
                                        Deputy Clerk


Enclosures
Copies to counsel of record


NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg