UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

**FILED**
2013 MAY 17 P 2: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 1, 2013

**RECEIVED**

MAY − 8 2013

SUPERIOR COURT
CIVIL DIVISION

Superior Court of California
County of San Mateo
Office of the Clerk
400 County Center
Redwood City, CA 94063

RE: **KHAN MICHAEL ORDONEZ -v- FRONTIER AIRLINES, et al.,**
    **Case No. C-13-0940-TEH**
    **Your Case Number: (CIV519071)**

Dear Clerk,

Pursuant to an *order remanding* the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Thelma Nudo
Deputy Clerk

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\rrg\civil\remand.mrg